1018

[No. 56302-5-I. Division One. July 31, 2006.]

JAMES T. BUTLER ET AL., *Appellants*, v. AMTICO INTERNATIONAL, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-25790-5, Sharon S. Armstrong, J., entered May 2, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Cox, JJ.

[No. 56314-9-I. Division One. July 31, 2006.]

LINDA BEAL, *Appellant*, v. PAMELA SHOTWELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-08263-5, Richard J. Thorpe, J., entered May 9, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Coleman and Ellington, JJ.

[No. 56318-1-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW ROBERT RUTH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02451-6, David F. Hulbert, J., entered February 4, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56410-2-I. Division One. July 31, 2006.]

KENNETH C. BADGLEY, *Respondent*, v. JOHN EARL DOGGETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-39761-8, Mary Yu, J., entered June 10, 2005. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ.